AO 442 (Rev. 11/11) Arrest Warrant

FIO 10291036

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:17CR89-1 |
| | ) |
| | ) OUR CASE NO: 25-6483-AUGUSTIN-BIRCH |
| JONNY ISMAEL ROMERO | ) |
| Defendant | ) |

**ARREST WARRANT**

FILED BY ___AT___ D.C.
Aug 11, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONNY ISMAEL ROMERO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of Supervised Release imposed by the Middle District of North Carolina on 11/28/2017.

Date: 06/13/2025

Lawrence H. Cunningham, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Samantha Hicks, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

RECEIVED
JUN 1 3 2025
US Marshals Service. M NC

*Arresting officer's signature*

*Printed name and title*

---

Case 1:17-cr-00089-LCB     Document 37 *SEALED* (Court only)     Filed 06/13/25     Page

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   JONNY ISMAEL ROMERO                             Docket Number: 1:17CR89-1

Name of Sentencing Judicial Officer:   The Honorable Loretta C. Biggs, Senior U.S. District Judge

Date of Original Sentence:   November 28, 2017

Original Offense:   Count One: Interference with Commerce by Threats or Violence in violation of 18 U.S.C. § 1951(a).

Count Four: Carry and Use Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Original Sentence:   A total term of 96 months of imprisonment (12 months as to Count One and 84 months as to Count Four, to run consecutively), followed by a total term of three (3) years of supervised release (3 years in each Count to run concurrently).

January 8, 2018: Amended Judgment was filed for Modification of Restitution Order.

May 23, 2025: Request for Modification for Location Monitoring was filed.

Type of Supervision: Supervised Release                     Date Supervision Commenced: May 2, 2024
                                                                              Date Supervision Expires: May 1, 2027

Assistant U.S. Attorney: Stephen Inman                       Defense Attorney: Gregory Davis

---

## PETITIONING THE COURT

[X]   To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Romero has violated the following condition(s) of supervision:

**Violation 1 - You must not commit another federal, state or local crime.**

On June 8, 2025, Mr. Romero was arrested by Hollywood Police Department in Broward County, Florida for Felony(F) False Imprisonment of an Adult; Misdemeanor(M) Battery Causing Bodily Harm- Dating Violence; (F) Use/Display of a Firearm During a Felony; (F) Public Disorder Crimes- Use of False Identification Adversely Affecting Another; and (F) Possession of a Weapon or Ammunition by an Out of State Felon. The offense date was June 8, 2025.

RE: JONNY ISMAEL ROMERO                                                                                                    2

According to the incident report, Mr. Romero was involved in a domestic dispute with his girlfriend during which he is alleged to have forcefully shoved her away from a bedroom door, and struck her in the face, causing injury to the left side of her face. He then threatened to harm her if she contacted law enforcement by stating he was going to "do something to her." After being detained by officers, a loaded 9mm Taurus 63c handgun, with one round in the chamber, was found on his person.

Mr. Romero was transported to the Broward County Jail where he remains in custody as of this writing. These charges remain pending in Broward County, FL.

**Violation 2 – You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Romero has tested positive for and/or admitted to marijuana use on one occasion, and both marijuana and cocaine on three additional occasions, since January 2025.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for ___ years, for a total term of ___ years.

[ ]   The conditions of supervision should be modified as follows:

                                        I declare under penalty of perjury that the forgoing is true and correct.

                                        Executed on   06/10/2025

                                        _____
                                        Eboni Deshun Caldwell
                                        U.S. Probation Officer

Approved by:
_____                                        6/10/2025
Matthew J. White                                                 Date
Supervisory U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:17CR89-1 |
| | ) | |
| JONNY ISMAEL ROMERO | ) | |

## ORDER ON PETITION FOR WARRANT OR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

This matter is before the Court upon request of the United States Probation Officer. (ECF No. 33.) The Court has reviewed the petition and finds the following:

( )   No Action is required.

(✓)   The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest on the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshals Service.

( )   The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( )   Other:

**IT IS SO ORDERED.**

This, the 13th day of June 2025.

/s/ Loretta C. Biggs
Senior United States District Judge